directed to be paid to Samuel Markowitz from $5,332.46 to $3,532.46, and as so modified, affirmed, with twenty dollars costs and disbursements to the appellant Wilhelmina Barasch, as administratrix, etc., against the petitioner-respondent-appellant, Samuel Markowitz. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HENRY WHITE, Appellant, v. SAMUEL ORSHAN, as President of Retail Shoe Employees Union, Local No. 1268, et al., Respondents.— Order so far as appealed from, reversed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents in part to the extent of voting to retain in the first decretal clause of the order the words: " which shall not be libelous ". Settle order on notice incorporating a provision for the mailing of the matter supplied by plaintiff within twenty-four hours after receipt thereof.

WARNER D. ORVIS et al. v. ELLIOTT V. BELL, Superintendent of Banks of the State of New York, as Liquidator of the New York Branch of Mitsui Bank, Ltd.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, pp. 851, 966.]

RABUSHKA REALTY CORP. v. MICHAEL GLEIT, Individually and Doing Business under the Name of REGAL CONSTRUCTION Co., et al., and ROBERT M. GLUCK et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See ante, p. 905.]

DAVID SULLIVAN, Individually and as President of Local 32B, Building Service Employees' International Union, v. WILLIAM L. McFETRIDGE, as President of Building Service Employees' International Union et al.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See ante, p. 962.]

OAKDALE CONTRACTING Co., INC., v. PAUL ENGLANDER et al., Individually and as Copartners Doing Business under the Name of ENGLANDER AND ENGLANDER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 967.]

ZELDA JABLON et al. v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See ante, p. 859.]

EMPIRE SQUARE REALTY COMPANY v. MANUFACTURERS TRUST COMPANY et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See ante, p. 905.]

DAVID BILSKY v. MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See ante, p. 973.]

ANNE P. DASCOMB v. NEW YORK TRUST COMPANY et al.; ELEANOR D. GLAVIN et al. and GAIL F. GLAVIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See ante, p. 905.]

ANNE P. DASCOMB v. NEW YORK TRUST COMPANY et al.; ELEANOR D. GLAVIN et al. and GAIL F. GLAVIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See ante, p. 905.]